# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>JULIO PARRA<br><br>DEFENDANT(S). | CASE NUMBER<br><br>ED09MJ00263<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>DEFENDANT</u>, IT IS ORDERED that a detention hearing is set for <u>11/18/09</u>, _____, at <u>3:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>OSWALD PARADA</u>, in Courtroom <u>3</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>11/16/09</u>            _[signature]_

U.S. District Judge/Magistrate Judge